766 A.2d 326

**In the Matter of Michael W. MCCARRIN.**

**No. 643 DISC. 3.**

Supreme Court of Pennsylvania.

Dec. 28, 2000.

*ORDER*

PER CURIAM.

AND NOW, this 28th day of December, 2000, Michael W. McCarrin having been convicted in the United States District Court for the Eastern District of Pennsylvania of the crimes of mail fraud, money laundering and aiding and abetting, and the said Michael W. McCarrin having advised that he has no opposition to being placed on temporary suspension pursuant to Rule 214, Pa.R.D.E., it is hereby

ORDERED that Michael W. McCarrin is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa.R.D.E. The matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.